### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

SCOTT A. GREEN
ADC #78730                                                                                                          PLAINTIFF

V.                                      NO: 4:06CV001529 JMM

FAULKNER COUNTY
SHERIFF'S DEPARTMENT, ET AL.                                                                     DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. There have been no objections. After making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint (docket entry #2) be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

2. The Court certifies that, pursuant to 28 U.S.C. § 1915(g), any appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED THIS  20   day of July, 2007.


_____
UNITED STATES DISTRICT JUDGE