IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SCOTT A. GREEN
ADC #78730                                                                                              PLAINTIFF

V.                                            NO: 4:06CV001529 JMM

FAULKNER COUNTY
SHERIFF'S DEPARTMENT, ET AL.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed without prejudice.

IT IS SO ORDERED this  20   day of July, 2007.


_____
James M. Moody
United States District Judge